FILED

MAR 16 2020

AT 8:30 .......... 1:12 PM
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ADDITIONAL MEASURES DUE TO THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 | Standing Order 20-03 |

In light of the circumstances identified in this Court's Standing Order 20-02, including the anticipated difficulties in obtaining grand jury quorums throughout the District as a result of the COVID-19 pandemic, and in light of expected delays in scheduling change-of-plea hearings throughout the District as a result of that pandemic:

1. The Court finds the ends of justice served by granting a continuance of the 30-day period established by 18 U.S.C. § 3161(b), during which, in a case commenced by complaint, the United States must either obtain an indictment or file an information, outweigh the best interest of the public and each defendant in a speedy trial and a speedy indictment in a criminal case. Therefore, absent further order of the Court and notwithstanding Paragraph 12 of Standing Order 20-02, the time period of March 16, 2020 through April 30, 2020 shall be "excluded time" in *all* criminal proceedings in this District under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), including those proceedings commenced by complaint.

2. The continuance granted pursuant to paragraph 1 of this Order shall also apply to any time limits established by the Interstate Agreement on Detainers, 18 U.S.C. app. 2, § 2 (art. III).

3. Furthermore, requirements in Criminal Matters to provide to the Court courtesy copies of electronic filings are SUSPENDED in all cases for the duration of this Order. However, the requirement to submit courtesy copies in Civil Matters shall be left to the discretion of individual judges who have expressed a preference for courtesy copies.

4. This Standing Order will expire no later than April 30, 2020, unless extended by further Court order.

DATED: March 16, 2020

Hon. Freda L. Wolfson,
U.S. Chief District Judge
District of New Jersey

