IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | * * * | |
| v. | * | CRIM. NO. 19-928 (FLW) |
| SHAMAR DUDLEY | * * * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons: *(IND. NO. 18-10-1403) PENDING STATE COURT CRIMINAL THAT CANNOT BE RESOLVED IN DEFT'S BEST INTEREST UNTIL THIS FEDERAL MATTER IS RESOLVED.*

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ] Other: _____

Date: 5/27/20

_____
May 27, 2020
Honorable Freda L. Wolfson, Chief Judge
United States District Judge